IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) CASE NO.  1:24-cv-00714 <br> ) <br> ) JUDGE PATRICIA GAUGHAN |
| *Plaintiff,* | ) |
| v. | ) |
| AIY PROPERTIES, INC., *et al.,* | ) |
| *Defendants*, | ) **STIPULATION OF MUTUAL** <br> ) **VOLUNTARY DISMISSAL** |
| v. | ) |
| HISCOX INSURANCE CO., INC., | ) |
| *Third-Party Defendant*. | ) |

SO ORDERED.
/s/ Patricia A. Gaughan
10/1/25

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), the respective parties herein stipulate to the dismissal of all pending claims, without prejudice, with each party to pay their own costs.

APPROVED:

_____
Kurt D. Anderson (0046786)
kanderson@cruglaw.com
Richard M. Garner (0061734)
rgarner@cruglaw.com
COLLINS, ROCHE, UTLEY & GARNER LLC
875 Westpoint Parkway, Suite 500
Westlake, OH  44145
T: (216) 916-7730  F: (216) 916-7725
***Attorneys for Plaintiff ACUITY, a Mutual Insurance Company***

*/s/ThomasR.Lucchesi (e/m consent  10/01/25)*
Thomas R. Lucchesi (0025790)
tlucchesi@bakerlaw.com
Dustin M. Dow (0089599)
ddow@bakerlaw.com
BAKER HOSTETLER
127 Public Sq., Ste. 2000
Cleveland, OH 44114
T: (216) 621-0200  F: (216) 696-0740
***Counsel for Defendant Timber Top Apartment Holding Co., LLC***